**OFFICE COPY**

BLANK ROME, LLP
Attorneys for Plaintiff
PANSOFIA SPECIAL MARITIME ENTERPRISES
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

JUDGE JONES

**07 CIV 6830**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PANSOFIA SPECIAL MARITIME
ENTERPRISES,

      Plaintiff,

-against-

CARGILL INTERNATIONAL S.A.,

      Defendant.

---

07 Civ.

**RULE 7.1 STATEMENT**

RECEIVED
JUL 30 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff PANSOFIA SPECIAL MARITIME ENTERPRISES certifies that, according to information provided to counsel by its clients, PANSOFIA SPECIAL MARITIME ENTERPRISES is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           July 30, 2007

                                BLANK ROME, LLP
                                Attorneys for Plaintiff
                                PANSOFIA SPECIAL MARITIME
                                ENTERPRISES

                                By_____
                                   Thomas H. Belknap, Jr. (TB-3188)
                                The Chrysler Building
                                405 Lexington Ave.
                                New York, NY 10174-0208
                                (212) 885-5000