Jones/J

BLANK ROME, LLP
Attorneys for Plaintiff
PANSOFIA SPECIAL MARITIME ENTERPRISES
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07  dc
```

PANSOFIA SPECIAL MARITIME
ENTERPRISES,

        Plaintiff,

    -against-

CARGILL INTERNATIONAL S.A.,

        Defendant.

07 Civ. 6830 (BSJ)

**NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT**

    PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

    WHEREAS, on August 1, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, CARGILL INTERNATIONAL S.A., under the control of, or held by various garnishees in New York.

    NOW, on the consent of the attorney for plaintiff, it is

    ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action on August 1, be and is hereby vacated.

127992.00601/6567136v.1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, NY
August 13, 2007

> Respectfully submitted,
> BLANK ROME, LLP
> Attorneys for Plaintiff
>
> By _____
> Thomas H. Belknap, Jr. (TB-3188)
> The Chrysler Building
> 405 Lexington Ave.
> New York, NY 10174-0208
> (212) 885-5000

SO ORDERED:

_____
U.S.D.J.
8/17/07