**ORIGINAL**

BLANK ROME, LLP
Attorneys for Plaintiff
PANSOFIA SPECIAL MARITIME ENTERPRISES
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANSOFIA SPECIAL MARITIME ENTERPRISES,<br><br>Plaintiff,<br><br>-against-<br><br>CARGILL INTERNATIONAL S.A.,<br><br>Defendant. | 07 Civ. 6830 (BSJ)<br><br>**ORDER APPOINTING PROCESS SERVER** |

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Thomas H. Belknap, Jr., Esq., that such appointment will result in substantial economies in time and expense,

NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:    New York, New York
          July ___, 2007
          August 1, 2007

                                        SO ORDERED:

                                        _____
                                        U.S.D.J.
                                        Barbara S. Jones

311811.1
900200.00001/6564364v.1

A CERTIFIED COPY
J. MICHAEL McMAHON,          **CLERK**

BY _____
        DEPUTY CLERK